UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA FOREGGER,<br><br>    Plaintiff,<br><br>v.<br><br>REDFIN CORPORATION,<br><br>    Defendant. | Case No. 24-cv-05701-HSG<br><br>**ORDER DIRECTING DEFENDANT TO RENOTICE MOTION**<br><br>Re: Dkt. No. 8 |

The Court **DIRECTS** Defendant to comply with the Clerk's reassignment order at Dkt. No. 14 by renoticing (but not refiling) its motion to dismiss, Dkt. No. 8, by Friday, September 13, 2024.

**IT IS SO ORDERED.**

Dated: 9/12/2024

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge