UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA FOREGGER,<br>    Plaintiff,<br>v.<br>REDFIN CORPORATION,<br>    Defendant. | Case No. 24-cv-05701-HSG<br><br>**ORDER REGARDING PLAINTIFF'S "SETTLEMENT REQUEST AND RECORD OF CALIFORNIA BAR COMPLAINTS"**<br><br>Re: Dkt. No. 34 |

On December 29, 2024, Plaintiff filed a document titled "Settlement Request and Record of California Bar Complaints," Dkt. No. 34. It appears that Plaintiff filed a letter to opposing counsel discussing a settlement offer to Defendant Redfin Corporation and seeking information about a number of attorneys. To the extent Plaintiff intended to direct these requests to the Court, it must respectfully deny them. First, the Court is not an intermediary for settlement (or other) discussions between the parties. Any settlement-related communications should be conveyed directly to the opposing party. And second, the Court cannot provide legal advice or do research for any party.

If Plaintiff's intent was just to inform the Court of these communications, doing so is not necessary and Plaintiff should not file such communications in the future unless they are relevant to a motion (i.e., a request for the Court to take action, filed in compliance with the Federal Rules of Civil Procedure and this district's Local Rules). Neither party needs to or should "copy" the Court on routine litigation communications, and the Court will strike any such further communications that are filed from the docket.

This order TERMINATES Docket No. 34.

//

**IT IS SO ORDERED.**

Dated: 1/2/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge