UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA FOREGGER, | Case No. 24-cv-05701-HSG |
| Plaintiff, | **ORDER** |
| v. | |
| REDFIN CORPORATION, | |
| Defendant. | |

On June 7, 2025 and June 13, 2025, pro se Plaintiff Christina Foregger filed motions to disqualify the undersigned. *See* Dkt. Nos. 44, 46. Consistent with the district's local rules and Judge Gilliam's order, the Clerk randomly referred those motions to Judge James Donato for resolution. Dkt. Nos. 47, 49. The Court understands that in an email to Judge Donato's staff, Plaintiff indicated her understanding that Judge Gilliam has already disqualified himself in this case. Plaintiff misunderstands the process. As required by the district's local rules, Judge Donato will decide the motions to disqualify. If he denies them, Judge Gilliam will continue to preside over this case. If he grants them, the case will be reassigned to another judge. So at this point, the case is effectively paused until Judge Donato rules on the disqualification motions.

The Court emphasizes that the only matters before Judge Donato are the disqualification motions: this case has not been reassigned to him. So any motions that the parties file in this matter must continue to be filed and noticed before Judge Gilliam.[1] But Judge Gilliam will not rule on any pending or future motions until Judge Donato issues his decision regarding Plaintiff's

---

[1] For example, on June 16, 2025, Plaintiff filed a motion to disqualify Defendant's counsel and noticed that motion before Judge Donato. Dkt. No. 48. Unless and until otherwise ordered, all motions must continue to be noticed before Judge Gilliam.

motions to disqualify. If the motions to disqualify are denied, Judge Gilliam will then address any other pending motions. If the motions to disqualify are granted, the newly-assigned judge will address those matters.

**IT IS SO ORDERED.**

Dated:  6/24/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge